NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LORNE PETERSON,                         )
                                        )
            Petitioner,                 )
                                        )
v.                                      )       Case No.  2D18-1576
                                        )
JULIE L. JONES, SECRETARY, FLORIDA )
DEPARTMENT OF CORRECTIONS,              )
                                        )
            Respondent.                 )
_____)

Opinion filed October 31, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Polk County; Donald G. Jacobson,
Judge.

Lorne Peterson, pro se.

Gayla Grant, Assistant General Counsel,
Department of Corrections, Tallahassee,
for Respondent.


PER CURIAM.

            Denied.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.